United States District Court

Eastern District of California

Richard Dennis Gamache,

    Plaintiff,            No. Civ. S 04-0859 MCE PAN P

  vs.                    Order

Brett Williams, et al.,

    Defendants.

-oOo-

    July 11, 2005, plaintiff inquired regarding service of defendants, stating he may seek default.

    Defendants B. Williams, Galloway, Milliman, Todd, D. Williams and Smith were served and timely answered June 6, 2005. Defendants shall serve their answer on plaintiff within 10 days and file a proof of service showing they have done so.

    So ordered.

    Dated: July 19, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge