United States District Court

Eastern District of California

Richard Dennis Gamache,

    Plaintiff,

vs.

Brett Williams, et al.,

    Defendants.

No. Civ. S 04-0859 MCE PAN

Order

-oOo-

Plaintiff is a prisoner proceeding in forma pauperis and without counsel in a civil rights action.

The United States Marshal has returned process directed to defendant Friend unserved because he no longer works at California State Prison Mule Creek and could not be found. Plaintiff must provide new information about where this defendant may be served with process. Plaintiff may seek such information through discovery, the California Public Records Act, California Government Code § 6250, et seq., or any other means available but

must proceed with haste because Fed. R. Civ. P. 4(m) requires an action be dismissed as to a defendant not served within 120 days after filing the complaint unless the time is enlarged based upon a demonstration of good cause. If plaintiff's access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

Accordingly:

1. The clerk of the court shall mail plaintiff one form USM-285.

2. Within 90 days from the date this order is signed, plaintiff may submit the attached Notice of Submission of Documents with a completed form USM-285 providing instructions for service of process upon defendant Friend.

3. If plaintiff does not provide new instructions for service of process upon defendant Friend within the time allowed or show good cause for such failure I will recommend this action be dismissed as to that defendant.

So ordered.

Dated: July 19, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge

United States District Court

Eastern District of California

Richard Dennis Gamache,

        Plaintiff,               No. Civ. S-04-0859 MCE PAN P

  vs.                          Notice of Submission of Documents

Brett Williams, et al.,

        Defendants.

-oOo-

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    \_\_\_\_ completed summons form

    \_\_\_\_ completed forms USM-285

    \_\_\_\_ copies of the _____
                             Amended Complaint

Dated: _____

                             _____
                             Plaintiff