IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD DENNIS GAMACHE,

      Plaintiff,                     No. CIV S-04-0859 RRB PAN P

    vs.

BRETT WILLIAMS, et al.,

      Defendants.             ORDER

/

        Plaintiff has requested an extension of time to file and serve a third amended complaint pursuant to the court's order of March 27, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's April 24, 2006 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve a third amended complaint. No further extensions of time will be granted.

DATED: May 2, 2006.

UNITED STATES MAGISTRATE JUDGE

/mp:001
gama0859.36