IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD DENNIS GAMACHE,

    Plaintiff,                             No. CIV S-04-0859 RRB PAN P

    vs.

BRETT WILLIAMS, et al.,

    Defendants.                         FINDINGS & RECOMMENDATIONS

_____/

        By order filed March 27, 2006, plaintiff's second amended complaint was dismissed and thirty days leave to file a third amended complaint was granted. By order filed May 3, 2006, plaintiff was given an additional thirty days in which to file a third amended complaint. That thirty day period has now expired, and plaintiff has not filed a third amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's

1

1  Findings and Recommendations." Plaintiff is advised that failure to file objections within the
2  specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
3  F.2d 1153 (9th Cir. 1991).
4  DATED: June 13, 2006.

```
                              _____
                              UNITED STATES MAGISTRATE JUDGE
```

12
gama0859.fta