## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

<u>  RICHARD DENNIS GAMACHE  </u>   v.   <u> BRETT WILLIAMS, et al. </u>

THE HONORABLE RALPH R. BEISTLINE

CAREER LAW CLERK                        CASE NO.  <u> 2:04-CV-00859-RRB-PAN </u>

<u> John W. Erickson, Jr. </u>                          DATE: July 5, 2006

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**

---

  Having thoroughly reviewed the Magistrate Judge's well-articulated Findings & Recommendations (Docket No. 58) filed on June 14, 2006, as well as Plaintiff's Objections to Magistrate Judge's Findings and Recommendations (Docket No. 59) filed on June 23, 2006, Plaintiff is hereby noticed that he shall have until **Friday, August 4, 2006**, to file a third amended complaint.  Should Plaintiff fail to do the same, this matter <u>will</u> be dismissed, in its entirety, with prejudice.

  The Court further notes that Plaintiff's Motion for Appointment of Counsel (Docket No. 39) was **DENIED** on February 28, 2006.  <u>See</u> Clerk's Docket No. 49.  Consequently, Plaintiff's renewed Request for Appointment of Counsel at Docket No. 59 is hereby **DENIED** as moot.